**FILED**

NOV 10 2004

RALPH L. DeLOACH, CLERK
By _____ Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Criminal Action |
| ) | |
| v. ) | No. 04-M-6201-01, 02-DWB |
| ) | |
| DELLWAYNE M. BANKS ) | |
| and JOHN M. ALLEN, ) | |
| ) | |
| Defendants. ) | |

## CRIMINAL COMPLAINT

I, the undersigned complainant, being duly sworn state the following is true and correct to the best of my knowledge and belief.

### COUNT 1

That on or about November 10, 2004, in the District of Kansas,

**DELLWAYNE M. BANKS and
JOHN M. ALLEN,**

the defendants herein, did unlawfully, knowingly and willfully, in any way or degree obstruct, delay and affect commerce and did obstruct, delay and affect commerce or the movement of any article or commodity in commerce by robbery, to-wit: the defendants did take and obtain personal property, namely, United States Currency from the person and presence of owners, operators and employees of the Kwik Shop, 3959 South Hydraulic, Wichita, Kansas, a business engaged in and affecting interstate commerce, against their will, by means of actual and threatened violence, force, and fear of injury to their person.

In violation of Title 18, United States Code, Section 1951 and Title 18, United States Code, Section 2.

## COUNT 2

On or about November 10, 2004, in the District of Kansas,

**DELLWAYNE M. BANKS and
JOHN M. ALLEN,**

the defendants herein, knowingly carried, used and brandished a firearm, to-wit: a semi-automatic handgun, during and in relation to a crime of violence for which they may be prosecuted in a court of the United States, that is, the robbery of the Kwik Shop, 3959 South Hydraulic, Wichita, Kansas.

In violation of Title 18, United States Code, Section 924(c)(1) and Title 18, United States Code, Section 2.

I further state that I am a Detective with the Wichita Police Department in Wichita, Kansas, and that this complaint is based on the following facts:

(see attached affidavit which is incorporated herein by reference.)

Continued on the attached sheet and made a part hereof:     X Yes     ☐ No

PHIL H. JACOB
Detective, Wichita Police Department
Signature of Complainant

Sworn to before me and subscribed in my presence, November 10, 2004, at Wichita, Kansas.

| | |
|---|---|
| Honorable Donald W. Bostwick<br>United States Magistrate Judge | /s/ Donald W. Bostwick |
| Name & Title of Judicial Officer | Signature of Judicial Officer |

On November 9, 2004, at approximately, 11:01 p.m., Nancy A. Finney, employee of Quik Cash, located at 1918 E. 13th Suite A Wichita, Sedgwick County, Kansas, called 911 to report an attempt robbery. Wichita Police Officer B. L. Harris #1495 responded and contacted Finney at the scene. Finney told Officer Harris that while she was working for the Quik Cash, a check cashing business, two black males entered the store at about 11:01 p.m. The two black males are described as number one being 6'1" tall, 200 lbs, about 30 years of age, wearing a brown Shirley Temple style wig, blue sweatshirt, and had a gap between his front teeth. Number two black male suspect was described as 5'7" tall, 250 lbs, 30 years of age, wearing white tennis shoes, blue jeans pants, white shirt, white hat.

Finney stated that once in the store the number one black male had a bottle in his hands with a rag coming out of it. He immediately approached the counter said he had a bomb and wanted all the money from the register. The black male stated if she did not give them the money they would blow up the building. The black male tried to light the rag. The second black male approached the counter and threw liquid from another container that he was carrying over the window and counter area. Finney said she then ran through a side door into the attached liquor store and did not see what the suspects did after that.

On November 10, 2004, Diana L. Dezenzio stated at approximately 1:28 a.m., she was employed and working behind the customer counter of Kwik Shop, located at 3959 South Hydraulic, Wichita, Sedgwick County, Kansas. Dezenzio stated an unknown black male, described as 6' tall, 160 pounds, wearing a red stocking cap on his head,

black leather jacket, entered the store. The black male asked for cigars and then produced a black semi-automatic handgun in his right hand and demanded the money from the cash register. Dezenzio stated she handed the black male approximately $40.00 in United States Currency including a two dollar bait bill, serial number # L73526308A, from the cash register. The black male took the currency and ran out the front door. Dezenzio stated she observed a silver 4door vehicle speeding out of the parking lot from the south side of the Kwik Shop building and last seen the vehicle west on McArthur Street.

At approximately 1:34 a.m., Wichita Police Officer T.A. Rakestraw #1793 observed what appeared to be a silver four door traveling north from Harry and I-135. Officer Rakestraw documented to vehicle license plate to be a Kansas tag, THC 798, which was registered to Jamie Robinson, 4236 South Pattie, Wichita, Kansas, on a 2000 Plymouth, Neon four door. Officer Rakestraw followed the vehicle until additional officers could assist in the vehicle stop. Officer Rakestraw stated when he initiated the vehicle stop at 14th street North and Kansas Street, Wichita Kansas, both black male occupants ran from the vehicle. Officer Rakestraw chased the driver, Dellwayne M. Banks, approximately 100 feet and was taken into custody. Officer S.M. Smith #1826 as well as other officers chased the passenger, John M. Allen, through the residential area and was located and arrested in the basement of 1527 North Minneapolis. Allen was wearing a red stocking cap on his head and a black leather jacket. A Titan .380 caliber semi-automatic handgun was located in the yard of 1463 East 14th Street, an address on Allen's escape route.

At approximately 2:07 a.m., Kwik Shop employee Diana L. Dezenzio positively identified Allen as the person who produced a handgun and robbed her at the Kwik Shop.

United States currency located on the person of Allen included the two-dollar bill with serial number # L73526308A.

After proper Miranda, Dellwayne M. Banks told Detective W.L. Dalrymple and Detective P.H. Jacob that he and his "brother" ( John Allen) entered a business he knew as a check cashing location (1918 E. 13th) . Banks said he obtained a hammer and a jug of liquid from an unknown person on the street near the incident location. Banks stated that the unknown person suggested they use the hammer to disable the camera and the liquid to scare the attendant into giving them the money from the business. Banks advised no property was obtained or taken from the location (Quik Cash). Banks stated that upon leaving the east Central location they drove to Catalina Street in the "south city" area. There they contacted a girl whom he would not name. Leaving at a later time, Banks said he was driving his girlfriends vehicle and brought his brother "John" to the Kwik Shop at McArthur and Hydraulic. Banks stated he parked on the side of the Kwik Shop and waited in the vehicle while "John" entered the Kwik Shop. Banks stated when John re-entered into the vehicle, he drove away from the Kwik Shop and John gave him some money. Banks stated on I-135 a police car began to follow him, and Banks stated he then observed Allen with a handgun. Banks stated when the officer activated his red lights, he ran from the vehicle because he does not have a drivers license.

Affaint learned that located in the Plymouth Neon was a wig, which matched the description of the one thought to be worn by the suspect in the Quik Cash incident.

John Allen invoked his Miranda rights and refused to make any statements.

On November 10, 2004, Nancy A. Finney positively identified John M. Allen from a photographic lineup as one of the two black males who robbed her on November 9, 2004, at Quik Cash, located at 1918 East 13th Street North.

Kwik Shop is owned by Kroger Company, and places its orders and purchases of dry goods and cigarettes from Peyton Goods, located at 500 South Charter Oak Ranch Road, Fountain, Colorado, 80817.

Wichita, Kansas Parole Office, was contacted and advised that Dellwayne M. Banks, was paroled from Lansing Correctional Facility to Wichita, on October 6, 2004.

PHIL H. JACOB
Detective, Wichita Police Department

Subscribed to and sworn before me this 10th day of November, 2004, at Wichita, Kansas.

DONALD W. BOSTWICK
U.S. Magistrate Judge